**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6876**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KHALID LATIF PORTER, a/k/a Khalid Abdulsallam,
a/k/a Khalid Taylor,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CR-98-222-A, CA-01-601-AM)

---

Submitted: November 21, 2001        Decided: December 12, 2001

---

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Khalid Latif Porter, Appellant Pro Se. Rebeca Hidalgo Bellows, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Khalid Latif Porter seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001) and denying reconsideration of that order. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.[*] <u>United States v. Porter</u>, Nos. CR-98-222-A; CA-01-601-AM (E.D. Va. Feb. 22, 2001; Apr. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] We held in <u>United States v. Sanders</u>, 247 F.3d 139 (4th Cir. 2001), that the new rule announced in <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), is not retroactively applicable to cases on collateral review. Accordingly, Porter's <u>Apprendi</u> claim is not cognizable.